MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorneys for Claimant
RAND STUART GRAYNOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $17,300 IN U.S. CURRENCY,<br><br>   Defendant<br>_____/ | CV. 09-0265-JCS<br><br>STIPULATION TO CONTINUE DATE TO FILE ANSWER TO COMPLAINT FOR FORFEITURE<br>_____ |

  IT IS HEREBY STIPULATED by and between Michael Stepanian and Randy Sue Pollock on behalf of claimant Rand Stuart Graynor, and Assistant United States Attorney David B. Countryman that the filing date for the answer to the government's complaint for forfeiture shall be continued to May 4, 2009.

1  This continuance is requested as defense counsel will be in an estimated five week
2 jury trial in *United States vs. Sekhon* in the Eastern District of California (CR. 06-058-
3 FCD) that commences on February 25, 2009. The additional time will afford all the
4 parties an opportunity to try to resolve this matter.

Date: February 8, 2009

/s/ Michael Stepanian
MICHAEL STEPANIAN
RANDY SUE POLLOCK
Counsel for Claimant
RAND STUART GRAYNOR

Date: February 8, 2009

/s/ David B. Countryman
DAVID B. COUNTRYMAN
Assistant United States Attorney

SO ORDERED:

Date: February 9, 2009

U.S.M.

Judge Joseph C. Spero

2