MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

Attorneys for Claimant
RAND STUART GRAYNOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $17,300 IN U.S. CURRENCY,<br><br>Defendant<br>_____/ | CV. 09-0265-JCS<br><br><br>STIPULATION TO CONTINUE DATE TO FILE CASE MANAGEMENT CONFERENCE STATEMENT<br>_____ |

    IT IS HEREBY STIPULATED by and between Michael Stepanian and Randy Sue Pollock on behalf of claimant Rand Stuart Graynor, and Assistant United States Attorney David B. Countryman that the filing date for the Case Management Conference Statement due on Friday, April 24, 2009, shall be continued to August 14, 2009.

This continuance is at the request of defense counsel who is presently trial in *United States vs. Sekhon* in the Eastern District of California (CR. 06-058-FCD). This trial commenced on March 11, 2009, and is expected to end in late May. The additional time will afford all the parties an opportunity to try to resolve this matter.

Date:  April 21, 2009          /s/ Randy Sue Pollock
                               MICHAEL STEPANIAN
                               RANDY SUE POLLOCK
                               Counsel for Claimant
                               RAND STUART GRAYNOR

Date:  April 21, 2009          /s/ David B. Countryman
                               DAVID B. COUNTRYMAN
                               Assistant United States Attorney

IT IS HEREBY ORDERED that the Initial Case Management Conference date of May 1, 2009, at 1:30 PM, is continued to August 21, 2009, at 1:30 PM, with joint statement due by August 14, 2009.
IT IS SO ORDERED.
~~SO ORDERED~~:

Date:  April  23 , 2009        _____
                               Joseph C. Spero
                               U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED